The relief described hereinbelow is SO ORDERED.

Signed May 02, 2016.

_____
Ronald B. King
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-60259 |
| JOHNNELL PAKI BROWN AND | § | |
| NIDRIA ALEXANDRIA BROWN | § | |
| | § | |
| DEBTORS | § | CHAPTER 7 |

### ORDER GRANTING MOTION TO REDEEM PERSONAL PROPERTY
(AAFES/Take it Home Today)

Before the Court is the Debtors' Motion to Redeem Personal Property from AAFES/Take it Home Today (the "Motion"). The Debtors served this creditor with a copy of the Motion. However, the creditor did not file a response in opposition to the Motion. Pursuant to 11 U.S.C. §722, the Debtors seek to redeem a Couch, Dinette Set, TV, Xbox 1, Coffee Table and a Tablet (the "Merchandise") purchased from AAFES/Take it Home Today and financed through AAFES/Take

it Home Today by paying to AAFES/Take it Home Today the value of the Merchandise, which one of the Debtors assert in his affidavit is now worth $100.00. This Motion has merit and should be granted. It is therefore

ORDERED, that the Merchandise, which is the subject of the Motion, may be redeemed by Debtors for the sum of $100.00, as long as the Debtors pay this amount to AAFES/Take it Home Today within thirty (30) days from the date of this Order.

###

This order was prepared and is being submitted by:
ERIN B. SHANK, P.C.

By: _____
Erin B. Shank
Texas State Bar Number 01572900
ERIN B. SHANK, P.C.
1902 Austin Avenue
Waco, TX 76701
(254) 296-1161
(254) 296-1165 fax

ATTORNEY FOR THE DEBTORS

F:\Server Documents\4137 Brown Johnell\Order Granting Motion to Redeem AAFES Take it Home Today.wpd